IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

SHERWIN PERKINS,           )
                           )
    Plaintiff,             )
                           )
  v.                       )    CV 318-030
                           )
GEORGIA DEPT. OF CORRECTIONS; )
GEORGIA PAROLE BOARD;      )
SAMUEL OLENS; and          )
PUBLIC DEFENDERS OFFICE,[1] )
                           )
    Defendants.            )

---

# O R D E R

Plaintiff filed this case in the Dublin Division of the Southern District of Georgia even though the majority of the named defendants are located in DeKalb County, Georgia, and most of the events in Plaintiff's complaint allegedly occurred in DeKalb County. (See doc. no. 1.) Because DeKalb County is in the Northern District of Georgia, the proper venue is the Atlanta Division of the Northern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Atlanta Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 21st day of May, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court **DIRECTS** the **CLERK** to update the list of Defendants on the docket in accordance with the caption of this Order, which is consistent with Plaintiff's complaint. (Doc. no. 1, pp. 1, 3.)